

December 10, 2019

BY ECF
Hon. Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007-1312

Conference adjourned from December 19, 2019 to January 23, 2020 at 11:30 a.m.
SO ORDERED.
Dated: 12/10/2019

P. Kevin Castel
United States District Judge

Re:   *Gonzalez, et al. v. The Lincoln Life & Annuity Company of New York, et al.*,
      No. 1:19-cv-09750 (PKC)

Dear Judge Castel:

    This Firm represents Defendants The Lincoln Life & Annuity Company of New York and Voya Retirement Insurance and Annuity Company in the above-referenced matter. The initial pretrial conference in this matter is set for Thursday, December 19, 2019, at 11:15 am. The parties jointly request to adjourn this conference to Thursday, January 23, 2020, at 11:15 am, or whenever is convenient for the Court.

    On November 7, 2019, this Court granted the parties' stipulation to extend the time for Defendants to respond to the complaint through Monday, January 6, 2020. The parties submit that it will be more efficient to participate in an initial pretrial conference after January 6, 2020, at which point in time Defendants will have responded to the complaint. Your Honor's individual practices state that a "request for an adjournment of time to answer a complaint should also include a request to adjourn the initial conference to a date at least 14 days after the answer would be due." Individual Practices at 1(B).

    No previous requests for adjournment of the initial status conference have been made. There has been one request to date for an extension of the time to respond to the complaint, which the Court granted. All parties consent to the request to adjourn the initial status conference. The requested adjournment will not affect any other scheduled dates.

Sincerely,

*/s/ Alan B. Vickery*
Alan B. Vickery

cc:   Counsel of Record

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com