UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTHONY GONZALEZ

                Plaintiff(s),

     - against -

THE LINCOLN LIFE & ANNUITY

               Defendant(s).
-----------------------------------------------------------------x

19 Civ. 9750 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

    As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Plaintiff may move in Hanks v. Lincoln Life, 16 cv 6399 for leave to opt out of the class beyond the opt out date.

2. This action, 19 cv 9750 (PKC), is stayed pending (a) the resolution of the opt out issue in paragraph 1 and (b) the Court's decision on the summary judgment motion in Hanks v. Lincoln Life.

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
_____
1-23-20